ISSUED

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—



**FILED**
DEC 30 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Donald Lancer

## WARRANT FOR ARREST

CASE NUMBER: 5:13-mj-00081-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Donald Lancer

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
Conspiracy to distribute and possess with intent to distribute more than five (5) kilograms of cocaine a Schedule II controlled substance

in violation of Title 21, United States Code, Section(s) 846. And 841(b)(1)(A)

Jennifer L. Thurston
Name of Issuing Officer

*[signature]* Jennifer L. Thurston
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

December 20, 2013, Fresno, California
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/20/2013 | ~~ICE~~ | *[signature]* |